ACCEPTED
03-15-00144-CR
5591948
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/8/2015 5:32:52 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00144-CR (Counts II and III)

IN THE COURT OF APPEALS FOR THE THIRD JUDICIAL
DISTRICT OF TEXAS, AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/9/2015 10:32:52 AM
JEFFREY D. KYLE
Clerk

## Christopher Arthur Kurtz

Appellant

v.

## The State of Texas

Appellee

On Appeal from the 207th District Court of Comal County in
Case Number CR2014-343 (Counts II and III),
The Hon. Jack Robison, Judge Presiding

# Motion to Withdraw as Counsel

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, John G. Jasuta, court appointed counsel for Appellant, Christopher Arthur Kurtz in the above styled and numbered cause, and would respectfully show the Court that he has this day filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), *High v. State*, 573 S.W.2d 807 (Tex.Cr.App. 1978), *In re Schulman*, 252 S.W.3d 403 (Tex.Cr.App. 2008), and *Kelly v. State*, 436 S.W.3d 313 (Tex.Cr.App. 2014). Consequently, Movant is required to move to withdraw as counsel.

I

Appellant's name and address is Christopher Arthur Kurtz, 3000 West San Antonio Street, New Braunfels, Texas, 78130. His current telephone number is (830) 620-3400.

II

Movant certifies that the party, Christopher Arthur Kurtz, has been notified in writing of "the right to object to the motion," in writing, despite the fact that Movant does not believe that there exists within the law any support for the existence of any such right. The party's rights are set out in the case law set out herein. Counsel certifies that the party, Christopher Arthur Kurtz, has been fully advised of every right he possesses with regard to the appeal of these cases.

## Prayer

WHEREFORE PREMISES CONSIDERED, Appellant prays this Honorable Court will grant his Motion to Withdraw as Counsel.

Respectfully submitted,

_____
**John G. Jasuta**
Attorney at Law
1801 East 51st Street, Suite 365474
Austin, Texas 78723
eMail: lawyer1@johngjasuta.com
Tel. 512-474-4747
Fax: 512-532-6282
State Bar No. 10592300

Attorney for Christopher Arthur Kurtz

## Certificate of Compliance and Delivery

This is to certify that: (1) this document, created using WordPerfect™ X7 software, contains 304 words, excluding those items permitted by Rule 9.4 (i)(1), Tex.R.App.Pro., and complies with Rules 9.4 (i)(2)(B) and 9.4 (i)(3), Tex.R.App.Pro.; and (2) on June 5, 2015, a true and correct copy of the above and foregoing "Motion to Withdraw as Counsel" was transmitted via the eService function on the State's eFiling portal, to Joshua Presley (presj@co.comal.tx.us), counsel of record for the State of Texas, and to Appellant at the address indicated above, via surface mail (U.S.P.S.).

_____
**John G. Jasuta**